UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VICTOR AREAN, DANA JACKSON, and INGRID RIVERA on behalf of themselves and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL FLORIDA INVESTMENTS, INC., CFI RESORT MANAGEMENT INC., CINNAMON COVE GP #26, INC., and JENNIFER LACOUR <br><br> Defendants. | Case No.: 8:10-cv-02244-VMC-MAP |

## - MOTION FOR PAYMENT OF COSTS OF PERSONAL SERVICE -

COME NOW Plaintiffs, VICTOR AREAN, DANA JACKSON, INGRID RIVERA, and ARIEL JIMENEZ, through the undersigned counsel, and respectfully request the payment of costs of personal service.

1. Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that she conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by this motion and no agreement was reached on its resolution.

2. Plaintiffs, Victor Arean, Dana Jackson, Ingrid Rivera, and Ariel Jimenez, move this Court for an order requiring Defendants to pay the cost of personal service pursuant to Fed. R. Civ. P. 4(d).

1

3. On January 3, 2011 a Waiver of Service for Defendant Jennifer LaCour was mailed to Defendants pursuant to Fed. R. Civ. P. 4(d). *See* Exhibit A, January 3, 2011 letter.

4. On **January 11, 2011** Defendants unequivocally declined to accept waiver of service with respect to Defendant Jennifer LaCour. *See* relevant sections of email thread below, with emphasis added:

> From: Brandon Hill [mailto:Brandon.Hill@gmlaw.com]
> Sent: Tuesday, January 11, 2011 7:29 PM
> To: Luis Cabassa
> Cc: Elizabeth Schwartz; Myrna Maysonet; Richard Epstein; Michael Lyles; 00108_2059 _WESTGATE RESORTS _ VICTOR AREAN V_ CFI_ E_Mail
> Subject: FW: Arean Motion to Amend [IWOV-ACTIVE.FID6301787]
>
> Tony:
>
> **We will not agree to accept service on behalf of Ms. LaCour**, an individual who is no longer affiliated with the Defendants.
>
> ...
> Thanks,
>
> Brandon
>
> Brandon Hill, Esq.
> Greenspoon Marder, P.A.
> ...
>
> From: Elizabeth Schwartz [mailto:eschwartz@wfclaw.com]
> Sent: Tuesday, January 11, 2011 11:31 AM
> To: Brandon Hill
> Subject: Arean Motion to Amend
>
> Tony would like to file by end of day. Please **let us know your position and on the waiver of service**. Thank you.
>
> Elisabeth ("Betsy") Schwartz
> Legal Assistant to Luis ("Tony") A. Cabassa
> WENZEL FENTON CABASSA, P.A. (Emphasis added).

5.  Defendants did not return the acknowledgement of receipt of summons and failed to comply with the requests for waiver within the time specified in Rule 4(d)(1), thus requiring personal service of the complaint and summons.

6.  Personal service on Defendant Jennifer LaCour was completed that same day (**January 11, 2011**) and has been invoiced at cost of **$85.00.** *See* Exhibit B, Docket No. 33: Summons in a Civil Action. and Exhibit C, Job Cost Report.

7.  Pursuant to Federal Rule of Civil Procedure 4(d)(2), "[if] a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, **the court must impose on the defendant**:"

    (A) **the expenses later incurred in making service**; and
    (B) **the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses**. (Emphasis added).

8.  Based on the above, Plaintiffs respectfully request the payment of $85.00 in personal service cost, and $787.50 in attorney fees, corresponding to 2.25 hours in the preparation of this motion, sworn statement, and its exhibits. *See* Exhibit D, sworn statement. The total cost requested is:

    | | |
    |---|---|
    | Personal Service | $85.00 |
    | Attorney fees | $787.50 |
    | Total | **$872.50** |

WHEREFORE, Plaintiffs respectfully request the imposition of the above costs and any other further relief that this Honorable Court determines to be just and appropriate.

I HEREBY CERTIFY that on this same date, a copy of the preceding document has been electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to Myrna L. Maysonet, Richard Epstein, and Brandon J. Hill, Greenspoon Marder, P.A.,201 Pine Street, Suite 500, Orlando, FL 32801.

RESPECTFULLY SUBMITTED, March 29, 2011.

        Respectfully submitted,

        /s/ Luis A. Cabassa
        LUIS A. CABASSA
        Florida Bar Number 0053643
        Attorneys for Plaintiff
        1110 Florida Avenue, Suite 300
        Tampa, Florida  33602
        Telephone: 813-224-0431/Fax: 813-229-8712
        Email: lcabassa@wfclaw.com
        Attorney for Plaintiff

        s/Cynthia Gonzalez
        CYNTHIA M. GONZALEZ
        Florida Bar No. 53052
        28870 US 19 North, Suite 300
        Clearwater, FL 33761
        (727) 831-0009 Telephone
        (866) 593-6771 Facsimile
        Email: Cynthia@wagesdue.com
        Attorney for Plaintiff