UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| VICTOR AREAN, DANA JACKSON, and INGRID RIVERA on behalf of themselves and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL FLORIDA INVESTMENTS, INC., CFI RESORT MANAGEMENT INC., CINNAMON COVE GP #26, INC., and JENNIFER LACOUR <br><br> Defendants. | Case No.: 8:10-cv-02244-VMC-MAP |

**MOTION TO WITHDRAW**
**MOTION FOR PAYMENT OF COSTS OF PERSONAL SERVICE**

COME NOW Plaintiffs, VICTOR AREAN, DANA JACKSON, INGRID RIVERA, and ARIEL JIMENEZ, through the undersigned counsel, and respectfully request leave to withdraw Docket No. 44 titled *Motion for Payment of Costs of Personal Service*.

WHEREFORE, Plaintiffs respectfully request leave to withdraw Docket No. 44.

I HEREBY CERTIFY that on this same date, a copy of the preceding document has been electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to Myrna L. Maysonet, Richard Epstein, and Brandon J. Hill, Greenspoon Marder, P.A., 201 Pine Street, Suite 500, Orlando, FL 32801.  March 29, 2011.

1

Respectfully submitted,


/s/ Luis A. Cabassa
LUIS A. CABASSA
Florida Bar Number 0053643
Attorneys for Plaintiff
1110 Florida Avenue, Suite 300
Tampa, Florida  33602
Telephone: 813-224-0431/Fax: 813-229-8712
Email: lcabassa@wfclaw.com
Attorney for Plaintiff

s/Cynthia Gonzalez
CYNTHIA M. GONZALEZ
Florida Bar No. 53052
28870 US 19 North, Suite 300
Clearwater, FL 33761
(727) 831-0009 Telephone
(866) 593-6771 Facsimile
Email: Cynthia@wagesdue.com
Attorney for Plaintiff